Lee Iglody
NV Bar No. 7757
Iglody Law
2580 St Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: 702-425-5366
lee@iglody.com
*Local Counsel for Plaintiffs*

Alexander J. Santana
FL Bar No. 89584*
THE MINEO SALCEDO LAW FIRM, P.A.
5600 Davie Road
Davie, FL 33314
Telephone: 954-463-8100
Service@mineolaw.com
ASantana@mineolaw.com
AlexandraR@mineolaw.com
**Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, an individual,<br>and<br>ACCESS 4 ALL, INC., a Florida not for Profit Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>DALACAS NICK & GEORGIA TRUST ½, a Nevada Trust, and<br>DALACAS 1995 TRUST ½, a Nevada Trust,<br><br>Defendant(s). | **Case No. 2:26-cv-01767-RFB-DJA**<br><br>**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE**<br><br>**(First Request)** |

Plaintiffs, JOHN MEGGS and ACCESS 4 ALL, INC. ("Plaintiffs"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 4(m), respectfully move this Court for an extension of time to effect service upon Defendants, DALACAS NICK &

GEORGIA TRUST ½, and DALACAS 1995 TRUST ½ (collectively, the "Unserved Defendants"), and state as follows:

1. Plaintiffs filed the Complaint on June 10, 2026.

2. Pursuant to Fed. R. Civ. P. 4(m), Plaintiffs' deadline to effect service upon the Unserved Defendants is September 8, 2026.

3. This is Plaintiffs' first request for an extension of the deadline to effect service upon the Unserved Defendants.

4. Plaintiffs have made diligent efforts to serve Defendant, Nick Dalacas and Georgia Dalacas, each in their capacity as trustee of DALACAS 1995 TRUST ½, on June 16, June 17, June 20, June 23, June 24, June 29, and July 1, 2026. The Affidavits of Non-Service were filed on July 16, 2026 [ECF Nos. 8 and 9].

5. Plaintiffs have made diligent efforts to serve Defendant, Georgia Dalacas and Nick Dalacas, each in their capacity as trustee of DALACAS NICK & GEORGIA TRUST ½, on June 16, June 17, June 20, June 23, June 24, June 29, and July 1, 2026. The Affidavits of Non-Service were filed on July 16, 2026 [ECF Nos. 10 and 11].

6. Following further investigation by the Plaintiffs through an archive search the Plaintiffs recently obtained updated service information for the Unserved Defendants.

7. Despite Plaintiffs' diligent efforts, service has not yet been completed.

8. On September 4, 2026, Plaintiffs filed proposed summonses containing the updated service information for DALACAS NICK & GEORGIA TRUST ½, and DALACAS 1995 TRUST ½ [ECF Nos. 12, 13, 14, and 15, respectively].

9. When good cause is shown by the servicing party as to why service has not been perfected the Court must extend the time for service *Fed. R. Civ. P. 4(m)*. Moreover, good cause is equated with diligence. *Townsel v. Contra Costa Cnty. Cal.,* 820 F. 2d. 319, 320.

10. Accordingly, the Plaintiffs in this matter have diligently sought service on the above Defendants. The Plaintiffs on the onset of the case attempted numerous times service of process on the Defendants. Upon not being able to serve the Defendants at the original addresses registered with the State of Nevada, the Plaintiffs searched and found new addresses for service as evidenced by the proposed summons referenced at 8.

11. Upon issuance of the new summonses by the Clerk of Court, Plaintiffs intend to promptly forward the summonses and Complaint to their process server and renew their efforts to effect service upon the Unserved Defendants at the newly obtained addresses.

12. Despite Plaintiffs' diligent efforts, service has not yet been completed. Accordingly, Plaintiffs respectfully request an additional thirty (30) days, through and including October 8, 2026, to effect service upon the Unserved Defendants.

13. This request is made in good faith and not for purposes of delay. The Unserved Defendants will not be prejudiced by the requested extension.

WHEREFORE, Plaintiffs respectfully request that this Court enter an Order extending the deadline to effect service upon Defendants by thirty days (30) days, through October 8, 2026, together with such other and further relief as the Court deems just and proper.

Dated: September 8, 2026

Respectfully submitted,

*/s/ Alexander J. Santana*

Alexander J. Santana, Esq.
Florida Bar No.: 89584
The Mineo Salcedo Law Firm, P.A.
5600 Davie Road
Davie, FL 33314
T: (954) 463-8100 | F: (954) 463-8106
ASantana@mineolaw.com
Service@mineolaw.com
AlexandraR@mineolaw.com
*Attorney for Plaintiffs*

*/s/ Lee Iglody*
Lee Iglody
NV Bar No. 7757
Iglody Law
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: 702-425-5366
lee@iglody.com

## CERTIFICATE OF SERVICE

**WE HEREBY** certify that on this 8th day of September, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of such filing to all counsel of record.

*/s/ Alexander J. Santana*
Alexander J. Santana, Esq.

*/s/ Lee Iglody*
Lee Iglody

IT IS SO ORDERED.

DATED: 9/9/2026

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE