Lee Iglody
NV Bar No. 7757
**Iglody Law PLLC**
2580 St Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: 702-425-5366
lee@iglody.com

Alexander J. Santana
FL Bar No. 89584*
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: 954-463-8100
Service@mineolaw.com
ASantana@mineolaw.com
AlexandraR@mineolaw.com
**Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, an individual,<br>and<br>ACCESS 4 ALL, INC., a Florida not for Profit Corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>DALACAS NICK & GEORGIA TRUST ½, a Nevada Trust, and<br>DALACAS 1995 TRUST ½, a Nevada Trust,<br><br>Defendant(s). | Case No. 2:26-cv-01767-RFB-DJA<br><br>**PLAINTIFFS' MOTION TO REMOVE JOHN A. SALCEDO FROM THE CAPTION AND CM/ECF SERVICE LIST** |

Plaintiffs respectfully request that John A. Salcedo be removed from the caption in this matter and from the CM/ECF service list. In support of this Motion, Plaintiffs state as follows:

1. Alexander J. Santana was admitted to practice in this case pro hac vice on June 22, 2026 [ECF No. 7], and is counsel of record for Plaintiffs.

2. John A. Salcedo is an attorney with The Mineo Salcedo Law Firm, P.A., and a member in good standing of The Florida Bar. He is not admitted to the bar of this Court and has not been admitted pro hac vice in this case.

3. Mr. Salcedo's name and contact information appear in the caption of the Complaint [ECF No. 1]. Plaintiffs request that his name be removed from the caption and that he be removed from the CM/ECF service list.

4. Because Mr. Salcedo is not counsel of record, Plaintiffs do not understand Local Rule IA 11-6 to apply. Notice of this Motion has nonetheless been provided to Plaintiffs John Meggs and Access 4 All, Inc., who have been contacted and do not oppose the relief requested.

5. Plaintiffs remain represented by counsel of record. The relief requested will not delay discovery, trial, or any hearing, and no party will be prejudiced.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order removing Mr. Salcedo from the caption in this matter and from future CM/ECF notifications in this case.

DATED: September 15, 2026

Respectfully submitted,

*/s/ Lee Iglody*
Lee Iglody
NV Bar No. 7757
**Iglody Law PLLC**
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: 702-425-5366
lee@iglody.com

*/s/ Alexander J. Santana*
Alexander J. Santana
FL Bar No. 89584
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: 954-463-8100
Service@mineolaw.com
ASantana@mineolaw.com
AlexandraR@mineolaw.com
**Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served by this Court's CM/ECF on this 15th day of September, 2026, on all counsel or parties of record on the Service List below.

*/s/ Lee Iglody*
Lee Iglody

*/s/ Alexander J. Santana*
Alexander J. Santana

**SERVICE LIST**

***Unknown at this time***

*Attorneys for Defendant, DALACAS NICK & GEORGIA TRUST ½, a Nevada Trust, and DALACAS 1995 TRUST ½, a Nevada Trust*

IT IS SO ORDERED.



DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 16, 2026